IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05CR64-MEF |
| | ) | [WO] |
| ROBERT OVUORYE EMOJEVWE | ) | |

**ORDER ON MOTION**

On 30 December 2006, the defendant moved for continuance of the trial of this case (Doc. # 19), and on 3 January 2006, he filed his waived of a speedy trial (Doc. # 21). While the granting of a continuance is left to the sound discretion of the trial judge, ***United States v. Warren***, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the ***Speedy Trial Act***, 18 U.S.C. §3161 ["The Act]. The Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such a matter. 18 U.S.C. §3161(c)(1). ***See United States v. Vassar***, 916 F.2d 624 (11th Cir. 1990). The Act excludes from this 70-day period any continuance that the judge grants "on the basis of [her] findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial". 18 U.S.C. §3161(h) (8) (A).

In this case, the parties represented to the court at the pretrial conference on 3 January 2006 that (1) the government had additional discovery to provide to the defendant, including an audio tape and additional paper discovery; and (2) review of the additional discovery and

other matters would require more time to prepare for trial. The defendant confirmed in his motion that "[f]urther investigation is necessary to complete preparation for the trial". There is only one defendant in this case, and the government does not object to a continuance. Moreover, the defendant has waived his right to a Speedy Trial under the Act. The court therefore concludes that the ends of justice served by continuing this case outweigh the interests of the public and the defendant in a speedy trial.

Accordingly, it is hereby ORDERED that the motion for continuance filed by the defendant be GRANTED and that this cause be set on the 5 June 2006 trial term.

DONE this 11th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE