IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:05cr64-MEF |
| | ) | |
| ROBERT OVUORYE EMOJEVWE | ) | (WO - Do Not Publish) |

## **ORDER**

This cause is before the Court on the Motion to Vacate Illegal Restitution Order (Doc. # 41) filed on July 14, 2008 by Defendant Robert Ovuorye Emojevwe ("Emojevwe"). The Government has opposed this motion on a variety of grounds. The Court has carefully considered the arguments in support of and in opposition to the motion. The Court finds that the Government's arguments in opposition to this motion are well-founded in law and fact. Accordingly, for the reasons the Government has argued, it is hereby ORDERED that the motion is DENIED.

DONE this the 28th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE